In the Matter of MILY BASCH, Appellant, v ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent. [915 NYS2d 865]— Appeal by the petitioner, in a proceeding pursuant to CPLR article 78, from a judgment of the Supreme Court, Kings County (Solomon, J.), dated November 5, 2009, which denied the petition and dismissed the proceeding.

Ordered that the judgment is affirmed, without costs or disbursements.

Under the circumstances of this case, the Supreme Court properly denied the petition and dismissed the proceeding. Florio, J.P., Dickerson, Chambers and Lott, JJ., concur.